**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AHMED F. GAD | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 18-03900 |
| | : | |
| NORTHAMPTON COUNTY, et al. | : | |
| Defendants. | : | |
| | : | JURY TRIAL DEMANDED |

## TABLE OF CONTENTS OF JOINT APPENDIX

| EXHIBIT NO. | DESCRIPTION | |
|---|---|---|
| A | Complaint | Joint Appx 0001-0018 |
| B | Amended Complaint | Joint Appx 0019-0027 |
| C | Plaintiff's Criminal History | Joint Appx 0028-0072 |
| D | Inmate Handbook | Joint Appx 0073-0130 |
| E | Grievance Flow Chart | Joint Appx 0131 |
| F | Gad Request Slips During Relevant Incarceration | Joint Appx 0132-0145 |
| G | Gad Request Slips Later Incarceration | Joint Appx 0146-0164 |
| H | Gad Deposition Transcript | Joint Appx 0165-0213 |
| I | Evidentiary Hearing Transcript | Joint Appx 0215-0278 |
| J | Investigative Report | Joint Appx 0279-0280 |

Respectfully submitted,

Date: May 18, 2021

*/s/ David J. MacMain*
David J. MacMain (PA No. 59320)
MacMain, Connell & Leinhauser, LLC
433 West Market Street, Suite 200
West Chester, Pennsylvania 19382
(484) 318-7703
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2021, I caused a true and correct copy of the foregoing to be served upon the following via the ECF system of the United States District Court for the Eastern District of Pennsylvania:

Patrick G. Geckle
Patrick G. Geckle, LLC
1515 Market Street
Suite 1200
Philadelphia, PA 19102
*Attorney for Plaintiff*

Date:  May 18, 2021                    */s/ David J. MacMain*
                                       David J. MacMain (PA No. 59320)
                                       MacMain, Connell & Leinhauser, LLC
                                       433 West Market Street, Suite 200
                                       West Chester, Pennsylvania 19382
                                       (484) 318-7703
                                       *Attorney for Defendants*