# EXHIBIT E

# County of Northampton
# Department of Corrections

## GRIEVANCE APPEAL SYSTEM FLOW CHART



INMATE GRIEVANCE
(FORM NO. NCP-167)

IN THE EVENT OF AN EMERGENCY OR LIFE THREATENING SITUATION, FORWARD DIRECTLY TO DIRECTOR OF CORRECTIONS DECISION=FINAL

GRIEVANCE SUPERVISOR
10 DAYS TO RESPOND
(FORM NO. NCP-168)

RESPONSE RETURNS TO INMATE (FORM NO. NCP-168)
CAN APPEAL WITHIN 5 DAYS
(FORM NO. NCP-169)

APPEALS TO DEPUTY WARDEN OF CLASSIFICATION
DEPUTY WARDEN HAS 21 DAYS TO RESPOND
(FORM NO. NCP-170)

RESPONSE RETURNS TO INMATE (FORM NO. NCP-170)
INMATE HAS 3 DAYS TO APPEAL
(FORM NO. NCP-171)

INMATE HAS FINAL APPEAL TO GRIEVANCE REVIEW BOARD
COMPOSED OF JAIL ADVISORY BOARD MEMBER, WARDEN
OR DESIGNEE

DECISION=FINAL