# EXHIBIT J

# County of Northampton
# Department of Corrections

Daniel S. Keen, Director of Corrections

## INVESTIGATIVE REPORT

| CASE NUMBER: 17-136 | TYPE OF INCIDENT: ALLEGATIONS OF VARIOUS FORMS OF MISCONDUCT |
|---|---|
| DATE/TIME OF INCIDENT: 12/09/17 1000 | LOCATION OF INCIDENT: THROUGHOUT THE JAIL |
| COMPLAINANT: INMATE AHMED GAD | VICTIM: N/A |
| COMPLAINT RECEIVED VIA: HANDWRITTEN LETTER | CASE INVESTIGATOR: HORVATH |
| SUSPECT (INMATE): N/A | PERMANENT NUMBER: N/A |
| SUSPECT (EMPLOYEE): N/A | TITLE/NUMBER: N/A |
| WITNESSES: N/A | MISCELLANEOUS: N/A |

| Date Investigation Opened: 12/19/2017 | New Due Date: |
|---|---|
| Date Investigation Closed: 12/20/2017 | Approved by: |
| | Date Extension Approved: |
| Date Reviewed by Director: 12/27/17 | |
| Director's Initials: DSK | |

### CASE DISPOSITION

Closed [X]*    Active [ ]    Inactive [ ]

*Cleared - no further action [X]    *Referred for Administrative Review [ ]    *Cleared by Arrest [ ]

Case Investigator's Initials: CMH
Date: 12/20/17

NCP Form No. NCP-025
Updated: September 12, 2017
Initials CMH
Page 1 of 2

Northampton 00398    Joint Appendix 0279

# INVESTIGATIVE NARRATIVE

1. On December 19, 2017 Director Daniel Keen provide me with copies of two handwritten letters sent to the court administration office by Inmate Ahmed GAD, #24937. The letters were very similar and were dated December 7, 2017 and December 9, 2017. GAD alleged there was physical abuse and drug use occurring in the jail, among other things, and the misconduct was being allowed by the officers.

2. On December 20, 2017 at about 1143 hours, I interviewed Inmate GAD in a Treatment interview room. I introduced myself to GAD and told him why I was speaking with him. GAD claimed he had witnessed the following misconduct:

    - Officers passing kites to inmates
    - Inmates giving officers commissary
    - Officers allowing inmates to fight, which result in injuries to the inmates
    - Use of drugs and smoking of tobacco – "even in the hole"

3. I asked Inmate GAD for the names of the officers and inmates engaged in the aforementioned behavior, but he declined, claiming his treatment in the jail would be even worse. I asked GAD if he could provide specifics of the activity that he claimed, but he did not.

4. Inmate GAD questioned why he was in protective custody (PC) when he did not ask to be placed there. Classification Coordinator John Harman happened to be walking by the interview room and I caught his attention. He entered the room and I advised him of GAD'S PC concern. Harman related that GAD'S former cellmates in B2 and other housing units did not tolerate GAD'S way of practicing his Muslim religion, which caused friction. For GAD'S safety, Harman moved him. GAD asked that he be moved back to B2 because he does not have access to commissary or television where he is currently housed (E-14) and he complained of the small dimensions of his current cell, however, Harman was reluctant to do so.

5. According to Inmate GAD, Officer Kyle Wene recently punched him on the right side. GAD spoke with Lieutenant Jason Werley about the incident. Officer Lou Donatelli was present. It was determined that Wene had pushed GAD, who was refusing to move. No punch was thrown. The incident was documented.

6. This case will be considered closed at this time due to Inmate GAD'S complaints being unsubstantiated.

NCP Form No. NCP-025
Updated: September 12, 2017
Initials OMM
Page 2 of 2