# EXHIBIT "D"

**Inmate:** GAD, AHMED
**Booking #:** 2419-1017        **Permanent ID:** 24937

| Section | Block | Cell | Bed | Jail Location | Officer Moving Inmate | Date/Time Moved Here | Date/Time Vacated | Reason for Moving Inmate Here |
|---|---|---|---|---|---|---|---|---|
| SEGREGATION | E | 26 | B | MAIN | Keesler1, Ryan | 09/20/2019 08:12 | 09/20/2019 15:06 | D-SEG EXPIRED REMAIN AD-SEG |
| SEGREGATION | E | 26 | A | MAIN | Labanz, Jeremel | 09/02/2019 18:57 | 09/20/2019 08:12 | A/S // DS |
| SEGREGATION | E | 16 | B | MAIN | Crowley, Charles | 08/20/2019 18:55 | 09/02/2019 18:57 | AD-SEG PER #111 / D.C. D-SEG / ROOM ON E TIER |
| FLATS | H | 15 | C | MAIN | Crowley, Charles | 08/15/2019 16:21 | 08/20/2019 18:55 | DS / ADSEG PER #111 / MAKE ROOM ON E-TIER FOR MOF |
| SEGREGATION | E | 27 | B | MAIN | Keesler1, Ryan | 08/06/2019 07:58 | 08/15/2019 16:21 | D-SEG STATUS / AD-SEG PER LT#111 |
| SEGREGATION | E | 21 | A | MAIN | Keesler1, Ryan | 08/06/2019 07:53 | 08/06/2019 07:58 | D-SEG EXPIRED/AD-SEG PER LT#111 (PREA) |
| GHOST | X | 01 | A | MAIN | Keesler1, Ryan | 08/06/2019 07:52 | 08/06/2019 07:53 | temp |
| SEGREGATION | E | 21 | A | MAIN | Gazzano, Michael | 07/29/2019 10:18 | 08/06/2019 07:52 | DS/ AD-SEG PER LT#111 (PREA) |
| SEGREGATION | E | 12 | A | MAIN | Crowley, Charles | 07/24/2019 18:13 | 07/29/2019 10:18 | DS / AD SEG PER #111 (PREA) / TIER CONSOLIDATION |
| SEGREGATION | E | 18 | B | MAIN | Crowley, Charles | 07/17/2019 18:58 | 07/24/2019 18:13 | DS STATUS / AD SEG PER #111 (PREA) |
| SEGREGATION | E | 18 | A | MAIN | Francis, John | 07/09/2019 19:10 | 07/17/2019 18:58 | DISC SWL2 // ADSEG PER RINKER (PREA) |
| SPECIAL NEEDS | H | 09 | A | MAIN | Francis, John | 07/09/2019 16:03 | 07/09/2019 19:10 | SWL2 // ADSEG (PREA) |
| TOWER B | B4 | 08 | B | MAIN | Crowley, Charles | 07/04/2019 16:52 | 07/09/2019 16:03 | PER #100 |
| GALLERY | G | 07 | B | MAIN | DeBoer, Jacob | 06/27/2019 14:47 | 07/04/2019 16:52 | Fired from Kitchen |
| WORKER | F | 06 | B | MAIN | Gazzano, Michael | 06/13/2019 10:39 | 06/27/2019 14:47 | KITCHEN WORKER |
| GALLERY | G | 11 | C | MAIN | Gazzano, Michael | 05/20/2019 10:05 | 06/13/2019 10:39 | BETTER HOUSING FIT |
| GALLERY | G | 01 | D | MAIN | Lafragola, Vincent | 05/02/2019 09:43 | 05/20/2019 10:05 | OJC |
| INTAKE | INTAKE | 04 | A | MAIN | Palmer, Phillip | 05/01/2019 17:14 | 05/02/2019 09:43 | NEW COMMIT |
| GALLERY | G | 24 | C | MAIN |  | 11/15/2018 18:15 | 01/09/2019 08:01 | OJC |
| INTAKE | INTAKE | 08 | A | MAIN | Simpson, Isaiah | 11/14/2018 19:36 | 11/15/2018 18:15 | NEW COMMIT |
| SEGREGATION | E | 14 | A | MAIN |  | 03/26/2018 09:44 | 04/04/2018 06:41 | Protective Custody - Ad Seg removed |
| SEGREGATION | E | 16 | A | MAIN | Harman1, John | 11/21/2017 15:01 | 03/26/2018 09:44 | Protective Custody - Ad Seg removed |
| GHOST | X | 01 | A | MAIN | Harman1, John | 11/21/2017 15:01 | 11/21/2017 15:01 | Protective Custody - Ad Seg removed |
| SEGREGATION | E | 16 | A | MAIN | Lebeau, Thomas | 11/14/2017 18:52 | 11/21/2017 15:01 | Adseg |
| SEGREGATION | E | 23 | A | MAIN | Edelman, Justin | 10/17/2017 13:11 | 11/14/2017 18:52 | AD-SEG STATUS |
| K | K | 04 | B | MAIN | Baker1, Charles | 08/19/2017 12:03 | 10/17/2017 13:11 | OK PER LT#102 |
| K | K | 14 | B | MAIN | Lebeau, Thomas | 07/24/2017 18:26 | 08/19/2017 12:03 | MOVE OFF G-TIER PER DIACOGIANNIS |
| GALLERY | G | 04 | A | MAIN | Keesler1, Ryan | 07/12/2017 09:50 | 07/24/2017 18:26 | REMOVED FROM B2 PER CO LOMBARDO RESIDENT IS A CONSTANT ISSUE |
| TOWER B | B2 | 01 | D | MAIN | Lafragola, Vincent | 06/29/2017 20:49 | 07/12/2017 09:50 | CELL CONFLICT |
| TOWER B | B2 | 11 | H | MAIN | Baker1, Charles | 06/08/2017 09:53 | 06/29/2017 20:49 | OJC |
| INTAKE | INTAKE | 04 | B | MAIN | Case, Kari | 06/06/2017 18:53 | 06/08/2017 09:53 | NEW COMMIT |