# EXHIBIT "I"

# County of Northampton
# Department of Corrections
# Incident Report



Time of Incident: **1435**   Place of Incident: **E-Tier Upper**   Date of Incident: **11/17/17**

[ Check applicable block(s) ]

- [ ] Suicide or Attempt
- [ ] Serious Injury
- [ ] Use of Restraints
- [ ] Homicide or Attempt
- [ ] Fire or Arson
- [ ] Assault(s) on Officer(s)
- [ ] Assault(s) on Inmates(s)
- [ ] Riot or Serious Disturbance
- [ ] Outbreak of Disease
- [ ] Escape or Attempt
- [x] Other (specify) **P/C**

Officer Name & Badge No. (Print): **Allen, Jacob #455**

| Inmate Name (Print) | Perm. ID | Housing |
|---|---|---|
| Gad, Ahmed | 24937 | E-16 |
| Redacted | | |

Description of Incident: At approximately 1435, inmate Gad, Ahmed #24937 told this officer his cell mate, [Redacted] was disrespecting him during prayer and requested to be placed on Protective Custody. Inmate [Redacted] was moved from E-16 to E-15.

Immediate Action Taken: I/m [Redacted] moved to P/C status

Administrative Action Taken (if any): ___

Staff Member's Name (print/sign/badge#): Allen, Jacob /signature/ #455
Supervisor's Name & Badge # (print/sign): Luis Cm / Lt. /signature/ #32
Reviewed by Administration (print/sign): Dw. David Pencluslen /signature/
Action or Recommendations after Review (if applicable): As per above — forward to Classification for review & housing status

THIS REPORT DOES NOT REPLACE A "MISCONDUCT REPORT" BUT MAY BE USED IN SUPPORT OF, OR AS A SUPPLEMENT TO THAT REPORT.

AL ALCANCE AL PEDIROLO / TRANSLATION REQUESTED? YES / NO    TRANSLATED? YES / NO

NCP Form No. NCP-019    Admin (White)    Classification (Canary)    Officer (Pink)