IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMED GAD, | CIVIL ACTION |
| *Plaintiff,* | |
| v. | No. 18-cv-3900 |
| NORTHAMPTON COUNTY, ET AL., | |
| *Defendants.* | |

### ORDER

**AND NOW**, this 15th day of February, 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 79), and Plaintiff's response in opposition (ECF No. 83), and for the reasons set forth in my accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 79) is **GRANTED in part and DENIED in part** as follows:

1. Defendants' Motion for Summary Judgment regarding Plaintiff's 42 U.S.C. § 1983 retaliation claim (Count 1) is **GRANTED** and this claim is **DISMISSED.** The Clerk of Court is directed to **TERMINATE** Officers John Harman, John Colarusso, Jonathan Glovas, and Jackie McNair as defendants from this matter;

2. Defendants' Motion for Summary Judgment regarding Plaintiff's claim under the Religious Land Use and Institutionalized Persons Act ("RLUIPA") (Count II) is **GRANTED** and this claim is **DISMISSED;**

3. Defendants' Motion for Summary Judgment regarding Plaintiff's 42 U.S.C. § 1983 free exercise claim (Count III) is **GRANTED** and this claim is **DISMISSED;**

4. Defendants' Motion for Summary Judgment is **DENIED** as to Plaintiff's § 1983 Eighth Amendment claim (Count I).

                              **BY THE COURT:**

                              */s/ Mitchell S. Goldberg*
                              **MITCHELL S. GOLDBERG, J.**